**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES PINTO, IN PRO-PER,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA RECONVEYANCE COMPANY, CHASE BANK N.A. AND DOES 1-10 INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 12-00175 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  February 28, 2012

                                        VIRGINIA A. PHILLIPS
                                     United States District Judge