**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES PINTO, IN PRO-PER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA RECONVEYANCE COMPANY, CHASE BANK N.A. AND DOES 1-10 INCLUSIVE,<br><br>　　　　　Defendants. | Case No. EDCV 12-00175 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 28, 2012

　　　　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　United States District Judge